## EXHIBIT A

**Medical Expenses:**

| DATE | MEDICAL PROVIDER | ACCT. AMT. | PIP | W/C |
|------|------------------|-----------:|----:|----:|
| 07/18/06 | Millsboro Vol. Fire | 481.00 | 481.00 | |
| 07/18/06 | Nanticoke Memorial | 6,029.00 | 6,029.00 | |
| 07/21/06-10/03/06 | Laurel Medical Group | 420.00 | 420.00 | |
| 08/07/06-11/07/06 | Nanticoke Memorial | 4,168.00 | 4,168.00 | |
| 09/07/06 | Nanticoke Radiology | 901.00 | 901.00 | |
| 10/05/06 | Nanticoke Memorial | 1,901.00 | 1,901.00 | |
| 10/05/06 | Nanticoke Radiology | 289.00 | | |
| 10/23/06 | Dickinson Medical Group | 834.00 | 834.00 | |
| 10/30/06 | Nanticoke Memorial | 194.00 | 194.00 | |
| 11/06/06 | Dickinson Medical Group | 89.00 | 89.00 | |
| 01/11/07 | Wide Open MRI of Sal. | 1,035.00 | 1,035.00 | |
| 01/08/07 | Nanticoke Memorial | 140.00 | 140.00 | |
| 05/03/07 | Peninsula Orthopaedic | 177.00 | 177.00 | |
| 11/30/07 | Delmarva Heart | 249.00 | | 249.00 |
| 12/14/07 | Peninsula Orthopaedic | 23,440.00 | | 23,440.00 |
| 12/14/07 | Associates Anesthes. | 1,050.00 | | 1,050.00 |
| 12/14/07 | Peninsula Orthopaedic | 5,818.81 | | 5,818.81 |
| 12/21/07 | Peninsula Orthopaedic | 124.00 | | 124.00 |
| 12/21/07 | Peninsula Orthopaedic | 89.00 | | 89.00 |
| 01/18/08-04/17/08 | Southern DE Sports Care & Rehab. | 1,937.00 | | 1,937.00 |
| 03/14/08 | Peninsula Orthopaedic | 83.00 | | 83.00 |
| **TOTAL MEDICAL BILLS:** | | **$49,448.81** | **$16,369.00** | **$32,790.81** |

**Lost Wages:**

| | PIP | W/C |
|---|----:|----:|
| 07/24/06-11/06/06 | 1,902.00 | |
| 11/07/06-03/28/07 | 1,196.26 | |
| 02/15/08 | | 3,221.54 |
| 03/04/08 | | 920.44 |
| 03/11/08 | | 920.44 |
| 04/01/08 | | 920.44 |
| 04/14/08 | | 920.44 |
| 04/28/08 | | 920.44 |
| **TOTAL:** | **$3,098.26** | **$7,823.74** |

**TOTAL LOST WAGES:**       $10,922.00

**TOTAL MEDICAL BILLS & LOST WAGES: $60,370.81**