AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __6/25/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
__Del Sec of States Office Townsend Building Dover, DE__ ; or

    (4) returning the summons unexecuted to the court clerk on __N/A__.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: __6/25/08__

__Harold K. Brode__
Server's signature

__HAROLD K. BRODE__
Printed name and title

__414 S. State Street
Dover, DE 19901__
Server's address

__302/678-5483__

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

WILLIAM J. HILL )
Plaintiff )
v. ) Civil Action No.   08-378
JOHN MOORE, JR., et al., )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Miller Auto Leasing Co.
Charles S. Miller, Registered Agent
Box 617, 1824 Rt 38
Lumberton, NJ 08048

*RECEIVED DEPARTMENT OF STATE 2008 JUN 25 PM 3 29 DIVISION OF CORPORATIONS*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 4 2008

PETER T. DALLEO
Name of clerk of court

Date: _____

*signature*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*