IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HILL, | C.A. No. 08-378 |
|        Plaintiff, | |
| v. | |
| JOHN MOORE, JR., | **AFFIDAVIT PURSUANT TO** |
| MILLER AUTO LEASING CO., a | **10 DEL C. § 3112(e)** |
| New Jersey corporation, | |
| THOMAS COLACE COMPANY, a | |
| business located in New Jersey, | |
| THOMAS COLACE COMPANY, | |
| a business corporation of | |
| the State of Pennsylvania, and | |
| THE THOMAS COLACE COMPANY, LLC, | |
| a limited liability company | |
| of the State of Florida, | |
|        Defendants. | |

PURSUANT TO 10 Del. C. § 3112(e), now to-wit, this 14th of July, 2008, comes the Plaintiff by his attorneys, Schmittinger & Rodriguez, P.A., who makes the following Affidavit in the above-captioned case:

STATE OF DELAWARE   :
                            : SS.
COUNTY OF SUSSEX    :

BE IT REMEMBERED, that on the 14th day of July, 2008, personally came before me, the Subscriber, a Notary Public in and for the State and County aforesaid, David A. Boswell, attorney for the Plaintiff, who being sworn according to law, did depose and say as follows:

1. That on July 2, 2008, the envelope containing the Notice required by 10 Del. C. § 3112 was mailed by registered mail (registered number RE270905030US) to Defendant Thomas Colace Company and that said envelope is attached hereto as Exhibit "A."

2. That on July 14, 2008, the aforesaid envelope containing said Notice was returned to the sender, your deponent.

3. That the Notice required by 10 Del. C. § 3112 was contained in said envelope (registered number RE270905030US) at the time it was mailed.

4. That the receipt obtained by your deponent at the time of the mailing of the envelope containing the Notice is the receipt filed with this Affidavit as Exhibit "B."

5. That a Second Notice required by 10 Del. C. § 3112 was mailed by registered mail on July 14, 2008, to Defendant's current address, as follows: Thomas Colace Company, Thomas Colace, President, 800 Grove Road, Thorofare, NJ 08086.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
DAVID A. BOSWELL (3172)
Wachovia Bank Building
18489 Coastal Highway, Second Floor
Rehoboth Beach, DE 19971-6189
(302) 227-1400
Attorneys for Plaintiff

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

SHARON L. DRAIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 8, 2012

Exhibit "A"



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Thomas Colace Company<br>Thomas Colace, President<br>19 E. Oregon Ave.<br>Philadelphia, PA 19148 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer) | RE 270 905 030 US |

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-0835

| Registered No. RE270905030US | Date Stamp |
|---|---|
| Reg. Fee $ $10.00 | |
| Handling Charge $ $0.00 | Return Receipt $ $0.00 |
| Postage $ $1.17 | Restricted Delivery $ |
| Received by [signature] | |
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance<br>☐ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

FROM: Documents
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, Second Floor
Rehoboth Beach, DE 19971-6189

TO: Thomas Colace Company
Thomas Colace, President
19 E. Oregon Ave.
Philadelphia, PA 19148

PS Form 3806, June 2002     Receipt for Registered Mail     Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com®

Exhibit "B"