SCHMITTINGER AND RODRIGUEZ, P.A.
LAWYERS
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, SECOND FLOOR
REHOBOTH BEACH, DELAWARE  19971-6189
TELEPHONE (302) 227-1400
TELECOPIER (302) 645-1843

REHOBOTH OFFICE
DAVID A. BOSWELL

STATEWIDE
NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
RYAN C. MEADOWS
B. BRIAN BRITTINGHAM
KRISTI N. VITOLA

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
1928-2008

MICHELE PROCINO-WELLS
OF COUNCIL

DOVER OFFICE
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DELAWARE  19903-0497
TELEPHONE (302) 674-0140
TELECOPIER (302) 674-1830

NEWARK OFFICE
220 CONTINENTAL DRIVE
SUITE 203
NEWARK, DELAWARE  19713
TELEPHONE (302) 894-1960
TELECOPIER (302) 894-1965

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
P.O. BOX 626
ODESSA, DELAWARE  19730-0626
TELEPHONE (302) 378-1697
TELECOPIER (302) 378-1659

July 14, 2008

Dr. Peter T. Dalleo, Clerk
U.S. District Court for
    the District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

        Re:  Hill v. Moore, et al., C.A. No. 08-378
             Our file 06-617R

Dear Dr. Dalleo:

        I am in the process of perfecting service on Thomas Colace
Company, pursuant to Fed. R. Civ. P. R. 4(e)(1) and pursuant to
Delaware's long-arm service statute, 10 Del. C. § 3112.  Today, the
first registered mailing that I attempted to serve on the defendant
was returned, marked "unable to forward" by the postal authorities.
Also today, I filed an Affidavit Pursuant To 10 Del. C. § 3112(e)
via the Court's electronic filing system.

        Pursuant to 10 Del. C. § 3112, I am required to file such
affidavit along with the "original envelope of the undelivered
registered article."  I am concerned that an electronic filing may
not comply with this statute.  Accordingly, enclosed herewith
please find the original Affidavit Pursuant to 10 Del. C. § 3112(e)
and the original exhibits thereto, which I tender in their
original, paper format for filing with the Court.

Letter re:  Hill v. Moore, et al.
July 14, 2008
Page 2


    Please docket this pleading and return to me a clocked-in copy
in the enclosed, self-addressed, stamped envelope.  Thank you for
your kind assistance.

           Sincerely yours,

DAVID A. BOSWELL


Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM J. HILL,                 :       C.A. No. 08-378

                               :

            Plaintiff,    :

    v.                   :

                               :

JOHN MOORE, JR.,          :     **AFFIDAVIT PURSUANT TO**

MILLER AUTO LEASING CO., a  :     **10 DEL C. § 3112(e)**

New Jersey corporation,    :

THOMAS COLACE COMPANY, a    :

business located in New Jersey, :

THOMAS COLACE COMPANY,      :

a business corporation of    :

the State of Pennsylvania, and :

THE THOMAS COLACE COMPANY, LLC, :

a limited liability company   :

of the State of Florida,     :

                               :

           Defendants.   :

PURSUANT TO 10 Del. C. § 3112(e), now to-wit, this 14th of July, 2008, comes the Plaintiff by his attorneys, Schmittinger & Rodriguez, P.A., who makes the following Affidavit in the above-captioned case:

STATE OF DELAWARE   :

                 :  SS.

COUNTY OF SUSSEX    :

BE IT REMEMBERED, that on the 14th day of July, 2008, personally came before me, the Subscriber, a Notary Public in and for the State and County aforesaid, David A. Boswell, attorney for the Plaintiff, who being sworn according to law, did depose and say as follows:

1. That on July 2, 2008, the envelope containing the Notice required by 10 Del. C. § 3112 was mailed by registered mail (registered number RE270905030US) to Defendant Thomas Colace Company and that said envelope is attached hereto as Exhibit "A."

2.    That on July 14, 2008, the aforesaid envelope containing said Notice was returned to the sender, your deponent.

3.    That the Notice required by 10 Del. C. § 3112 was contained in said envelope (registered number RE270905030US) at the time it was mailed.

4.    That the receipt obtained by your deponent at the time of the mailing of the envelope containing the Notice is the receipt filed with this Affidavit as Exhibit "B."

5.    That a Second Notice required by 10 Del. C. § 3112 was mailed by registered mail on July 14, 2008, to Defendant's current address, as follows:    Thomas Colace Company, Thomas Colace, President, 800 Grove Road, Thorofare, NJ 08086.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
DAVID A. BOSWELL (3172)
Wachovia Bank Building
18489 Coastal Highway, Second Floor
Rehoboth Beach, DE 19971-6189
(302) 227-1400
Attorneys for Plaintiff

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

SHARON L. DRAIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 8, 2012

Exhibit "A"



LAW OFFICES

**SCHMITTINGER and RODRIGUEZ**

PROFESSIONAL ASSOCIATION

~~Wachovia~~ FIRST UNION BANK BUILDING

89 ~~Coastal 1002 Highway One~~, SECOND FLOOR

~~Highway~~ REHOBOTH BEACH, DE 19971-9704-
6189

U.S. POSTAGE
PAID
NASSAU, DE
19969
JUL 02 '08
AMOUNT
**$13.37**
00057727-0

19148

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL™**

RE 270 905 030 US

Label 200, August 2005.          PSN 7690-03-000-9311

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/ STREET
S ☑ NOT DELIVERABLE AS ADDRESSED
  UNABLE TO FORWARD

○ ☒ OTHER

19 E. ...
Philadelphia, PA ...

WTF

48

RETURNED TO SENDER

☒ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Registered Mail
Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Colace Company
Thomas Colace, President
19 E. Oregon Ave.
Philadelphia, PA 19148

2. Article Number
   (Transf
   RE 270 905 030 US

PS Form 3811, August 2001          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

102595-02-M-0835

— **Registered No.**  RE270905030US

**Date Stamp** —

| | | |
|---|---|---|
| Reg. Fee $ | $10.00 | |
| Handling Charge $ | $0.00 | Return Receipt $ |
| Postage $ | $1.17 | Restricted Delivery $ |
| Received by | | |

0969

07/02

**To Be Completed By Post Office**

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $  ∅

☐ With Postal Insurance
☐ Without Postal Insurance

Documents

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

**FROM**
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, Second Floor
Rehoboth Beach, DE 19971-6189

**TO**
Thomas Colace Company
Thomas Colace, President
19 E. Oregon Ave.
Philadelphia, PA 19148

PS Form **3806**, June 2002     **Receipt for Registered Mail**     Copy 1 - Customer *(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

**Exhibit "B"**