UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. HILL, | C.A. No. 08-378 |
| Plaintiff, | |
| v. | TRIAL BY JURY OF TWELVE DEMANDED |
| JOHN MOORE, JR., MILLER AUTO LEASING, CO., a New Jersey corporation, THOMAS COLACE COMPANY, a business Located in New Jersey, THOMAS COLACE COMPANY; a business corporation of the State of Pennsylvania, and THE THOMAS COLACE COMPANY, LLC, a limited Liability company of the State of Florida, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the Plaintiff, William J. Hill, against the Defendants, John Moore, Jr., Miller Auto Leasing Co., Thomas Colace Company and The Thomas Colace Company, LLC are hereby dismissed with prejudice with each side to bear its own fees and costs.

| SCHMITTINGER & RODRIGUEZ | CHRISSINGER & BAUMBERGER |
|---|---|
| /s/David A. Boswell | /s/David L. Baumberger |
| DAVID A. BOSWELL, ESQUIRE | DAVID L. BAUMBERGER, ESQUIRE |
| Attorney I.D. No. 3172 | Attorney I.D. No. 2420 |
| Wachovia Bank Building, 2nd Floor | Three Mill Road, Suite 301 |
| 18489 Coastal Highway, Unit 2 | Wilmington, DE 19806 |
| Rehoboth Beach, DE 19971 | (302) 777-0100 |
| (302) 227-1400 | Attorney for Defendants |
| Attorney for Plaintiff | |

Dated: September 15, 2009

IT IS SO ORDERED this _____ day of _____, 2009.

_____
J.